1              UNITED STATES DISTRICT COURT

2              WESTERN DISTRICT OF NEW YORK

3
- - - - - - - - - - - - - X          23-MJ-1115
4     UNITED STATES OF AMERICA,
                    Plaintiff
5
            Vs.                          Buffalo, New York
6     SIMON GOGOLACK,                    August 30, 2023
                    Defendant
7     - - - - - - - - - - - - - X

8
                    TRANSCRIPT OF DETENTION HEARING
9            BEFORE THE HONORABLE JEREMIAH J. MCCARTHY
                    UNITED STATES MAGISTRATE JUDGE
10

11                  U.S. ATTORNEY'S OFFICE - BUFFALO
                    BY: NICHOLAS COOPER, ESQ.
12                  138 Delaware Avenue
                    Buffalo, New York 14202
13                  Appearing on behalf of the Plaintiff

14                  ROBERT J. BOLM, ESQ.
                    125 Main Street
15                  Buffalo, New York 14203
                    Appearing on behalf of the Defendant

16

17

18

19

20

21
      COURT REPORTER:Brandi A. Wilkins
22                  scalisba@gmail.com
                    Kenneth B. Keating Federal Building
23                  100 State Street, Room 2120
                    Rochester, New York 14614
24

25

1          THE CLERK:  All rise.

2          THE COURT:  Good afternoon.  Please be

3  seated.

4          THE CLERK:  We are on the record in the

5  matter of United States of America versus Simon

6  Gogolack, criminal matter number 23-MJ-1115.  We're

7  here for a detention hearing.  For the Government we

8  have AUSA Nicholas Cooper.  The defendant is present

9  with attorney Robert Bolm.  From the United States

10  Probation Office, we have Officer Brian Mamizuka.  The

11  Honorable Jeremiah J. McCarthy presiding.

12          THE COURT:  Good afternoon everyone.

13          MR. COOPER:  Good afternoon, Your Honor.

14          THE COURT:  Mr. Bolm, welcome.  Sir?

15          MR. BOLM:  Okay.  Oh, welcome.  Yeah.  I'm

16  hard of hearing, Your Honor.

17          THE COURT:  All right.  Sir, are you

18  admitted to practice in this court?

19          MR. BOLM:  In federal court, yes, sir.

20          THE COURT:  You are?  Okay.  Because our

21  records --

22          MR. BOLM:  From 19, oh, 67 or 68.

23          THE COURT:  In this court?

24          MR. BOLM:  Yeah, federal court.

25          THE COURT:  Are you fully retained to

1    represent Mr. Gogolack?

2              MR. BOLM:  Yes.

3              THE COURT:  Okay.  Counsel, have you both

4    received today's pre-trial services report?

5              MR. COOPER:  Yes, Judge.

6              MR. BOLM:  Yes.

7              THE COURT:  Okay.  Are we ready to proceed?

8              MR. COOPER:  Yes, Judge.  I would just like

9    to make a brief record before we begin with the

10   detention portion.  Um, there's a voluminous amount of

11   voluntary early discovery that the Government loaded

12   onto a disc and created a letter documenting the

13   contents of the disc, and essentially, everything that

14   I'm going to talk about during the proffer today is

15   contained on the disc and I provided that to defense

16   counsel before Your Honor took the bench, and so, um,

17   I just wanted to make that record that a voluminous

18   amount of early discovery has been turned over um and

19   I guess I would like for counsel to just acknowledge

20   receipt of that material.

21             THE COURT:  Well, let me ask you first.  So

22   are you going to be relying on materials from the disc

23   at today's hearing?

24             MR. COOPER:  Well, I'm going to be

25   proceeding by proffer which the Government does --

4

```
 1              THE COURT:  No, I understand, but are you

 2      going to be referencing materials that are on the disc

 3      in today's proffer?

 4              MR. COOPER:  Absolutely, Judge.

 5              THE COURT:  All right.  He hasn't had a

 6      chance to look at the disc or download anything from

 7      it?

 8              MR. COOPER:  Correct, Judge.  The Government

 9      has been in contact with him since last week, and I

10      don't want to get into reasons why it wasn't able to

11      be provided earlier on the record right now if counsel

12      wants tom but it's -- the material ease have been

13      available.  The easiest way to convey it to counsel

14      was to hand it to him when he appeared in court today,

15      so that's what I did.

16              THE COURT:  You --

17              MR. COOPER:  But the material has been

18      available.  I spoke with him last week.

19              THE COURT:  Okay.  All right.

20      (There was a pause in the proceeding.)

21              THE COURT:  Mr. Bolm, are you ready to

22      proceed today or do you need an adjournment?

23              MR. BOLM:  I would need an adjournment, Your

24      Honor.

25              THE COURT:  How much time do you need?
```

1           MR. BOLM:  Oh, just a couple weeks.

2           THE COURT:  A couple weeks?  You understand

3    that --

4           MR. BOLM:  Oops.  Pardon?

5           THE COURT:  You understand that Mr. Gogolack

6    will remain detained until we have a hearing.  Do you

7    understand that, sir?

8           MR. BOLM:  Right, yeah.

9           THE COURT:  All right.  When do you want to

10   hold a hearing?

11          MR. BOLM:  Well, let's push for a week.

12   Let's do that.

13          THE COURT:  Okay.  Um, Joanna, how about a

14   week from today would be September 6.

15          MR. BOLM:  Okay.  Let me get this.  Okay.

16          THE CLERK:  Judge, you have 1:00 available.

17          MR. BOLM:  Okay.  Now, what's the date we

18   got?

19          THE COURT:  September 6 at 1:00 if that's

20   good for everyone.

21          MR. BOLM:  September 6 at 1:00?  That's

22   good.

23          THE COURT:  Mr. Cooper, is that okay with

24   you?

25          MR. COOPER:  Everything works for the

6

 1    Government, Judge.

 2              THE COURT:  Okay.  Mr. Mamizuka, will you be

 3    available then or someone from your office?

 4              OFFICER MAMIZUKA:  Yes, Judge.

 5              THE COURT:  All right.  Then we'll continue

 6    the hearing until September 6 at 1 p.m.  Defendant

 7    will be remanded.  I just encourage counsel to, and

 8    I'm sure you have, but to communicate with each other

 9    so that we have all the logistics in place to go

10    forward a week from today.

11              MR. COOPER:  And Judge, if I could just

12    address that briefly.  To the extent that the

13    discoverable material I provided is on a cd, if

14    counsel is having trouble opening what's on the cd or

15    viewing it, you are invited to come to the U.S.

16    Attorney's Office and I'll load up a computer and we

17    can watch through it all together so you'll see

18    everything.  Just call me.  You have my cell phone

19    number; right?

20              MR. BOLM:  Okay.

21              MR. COOPER:  Okay.  All right.  Thanks,

22    Judge.

23              THE COURT:  All right.  Thank you all.

24              (Proceeding concluded at 2:43 p.m.)

25

7

1               <u>**CERTIFICATE OF COURT REPORTER**</u>

2

3          I certify that this is a true and accurate

4    record of proceedings in the United States District

5    Court for the Western District of New York before the

6    Honorable Jeremiah J. McCarthy on August 30, 2023.

7

8    <u>S/ Brandi A. Wilkins</u>

9    Brandi A. Wilkins

10   Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25