UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                Plaintiff

vs.

JOHN THOMAS ERMIN
a/k/a "Tommy O"

                Defendant

**RESPONSE AND JOINDER**

**Hon. Magistrate Judge
Jeremiah J. McCarthy**

**CASE NO. 1:23-CR-99**

---

PLEASE TAKE NOTICE that John Thomas Ermin through his attorney, George V.C. Muscato, Esq., hereby joins in the motion of his co-defendants motion for relief to the extent that they apply to him, along with other and further relief as the Court deems.

Dated: June 17, 2024

                                              Respectfully submitted:

                                              GEORGE V. C. MUSCATO, ESQ.
                                              Attorney for John Thomas Ermin
                                              107 East Avenue
                                              Lockport NY 14094
                                              (716) 434-9177
                                              gmuscato@mdvfirm.com

TO:    Hon. Jeremiah J. McCarthy
          United States District Court

          Nicholas Cooper, AUSA
          United States Attorney's Office WDNY

1

UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                Plaintiff

vs.

JOHN THOMAS ERMIN
a/k/a "Tommy O"

                Defendant

**AFFIRMATION**

**CASE NO. 1:23-CR-99**

GEORGE V.C. MUSCATO, ESQ., affirms the following to be true under penalty of perjury:

1. I am an attorney at law and represent Defendant, John Thomas Ermin, in the above-captioned matter.

2. I previously filed an Affidavit in Opposition on June 10, 2024, to exclude time from speedy trial act.

3. I hereby move this court to join in the motions of co-defendants in this case to the extent they apply to my client, John Thomas Ermin.

4. I was made aware of the issues that the other defense attorney had with this proposed order and share in their concerns and hereby join in their motions.

Dated: June 17, 2024

                                      GEORGE V. C. MUSCATO, ESQ.
                                      Attorney for John Thomas Ermin
                                      107 East Avenue
                                      Lockport NY 14094
                                      (716) 434-9177
                                      gmuscato@mdvfirm.com

UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      Plaintiff

vs.

JOHN THOMAS ERMIN
a/k/a "Tommy O"

      Defendant

**CERTIFICATE OF SERVICE**

**CASE NO. 1:23-CR-99**

   I hereby certify that on June 17, 2024, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/CMF participants on this case.

Dated: June 17, 2024

                GEORGE V. C. MUSCATO, ESQ.
                Attorney for John Thomas Ermin
                107 East Avenue
                Lockport NY 14094
                (716) 434-9177
                gmuscato@mdvfirm.com