UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

**vs.**

JOHN THOMAS ERMIN, et al.

Defendant.

---

**NOTICE OF MOTION**
**TO ADJOURN SENTENCING**

Docket No 1:23-cr-99

**PLEASE TAKE NOTICE** upon the annexed Affidavit of George V.C. Muscato, Esq., Attorney for Defendant, John Thomas Ermin, duly sworn the 29th day of September, 2026, and upon all the papers and proceedings heretofore had herein, the undersigned will move this Court at a time to be set by the Court, Chief Judge Elizabeth A. Wolford, for the following relief:

1. Adjournment of sentencing of Defendant, John Thomas Ermin, for a period of 30 days, and convert said date to a status conference.

2. Such other and further relief that the Court deems just and proper.

Dated: September 29, 2026

Respectfully Submitted,

*/s/ George V.C. Muscato*
GEORGE V.C. MUSCATO, ESQ.
Attorney for Defendant JOHN ERMIN

*/s/ Donald M. Thompson*
DONALD M. THOMPSON, ESQ.
Attorney for Defendant JOHN ERMIN

TO: Nicholas T. Cooper
Assistant United States Attorney