UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

Vs. Docket No 23-cr-99

JOHN THOMAS ERMIN, et al.

Defendant.

---

**AFFIDAVIT IN SUPPORT OF MOTION TO ADJOURN SENTENCING**

GEORGE V.C. MUSCATO ESQ., being duly sworn, states as follows:

1. That I am the attorney for JOHN THOMAS ERMIN, together with attorney DONALD M. THOMPSON.

2. That on June 5, 2026, the Defendant entered a plea of guilty to the Felony Complaint under Index Number 23-cr-99-EAW, to Misprision of a Felony under Superseding Information, (Title 18, United States Code, Section 4).

3. That at the time the court scheduled sentencing for October 6, 2026, at 9:30 a.m.

4. The Court further entered a Scheduling Order indicating that motions for extension of time must be made one week in advance of the sentencing date.

5. That I have spoken with AUSA Nicholas Cooper indicated that the Government would take no position on this request, and would defer to the Court.

6. The Defendant was initially charged under superseding Indictment 23-cr-99 with three counts involving conspiracy obstruction, conspiracy tampering, and conspiracy hindering involving the death of Crystal Quinn. Further, he was charged under a fourth count of 18 USC §922(g)(3).

7. That just prior to the trial date the Government and defense counsel entered into discussions which ultimately resulted in a plea to an unrelated charge as set forth above.

8. Since that time, Defendant and his attorneys have learned that additional information has come to our attention that would be relevant to the Defendant's plea and sentencing.

9. In an effort to provide meaningful representation to the Defendant Ermin, we are requesting time to investigate, including reviewing the transcripts of recent court appearances of co-defendants in the aforementioned 23-cr-99 and unrelated indictments that directly bear on this matter. The additional time would allow us to provide appropriate advice to the Defendant.

10. We ask the Court to allow the sentencing date of October 6, 2026, to a status conference.

WHEREFORE, we request the court to grant the Motion to Adjourn Sentencing and convert said date to a status conference and granting such other and further relief as the Court may deem just and proper.

Dated: September 29, 2026

*/s/ George V.C. Muscato*
GEORGE V.C. MUSCATO, ESQ.
Attorney for Defendant JOHN ERMIN

*/s/ Donald M. Thompson*
DONALD M. THOMPSON, ESQ.
Attorney for Defendant JOHN ERMIN