UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.

JOHN THOMAS ERMIN, et al.

Defendants

CERTIFICATE OF SERVICE

CASE NO. 1:23-cr-99

---

I hereby certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the appropriate CM/ECF participants on this case.

Dated: September 29, 2026

*/s/ GEORGE V. C. MUSCATO*

GEORGE V. C. MUSCATO, ESQ.
Attorney for John Ermin
107 East Avenue
Lockport NY 14094
(716) 434-9177
gmuscato@mdvfirm.com